

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2022

No. 04-22-00174-CV

Antonio G. **CANTU**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT** and Michael Amezquita,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI22041
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

On July 15, 2022, appellees filed a courtesy copy of a Request for Preparation of the Supplemental Clerk's Record in this court. The letter reflects appellees requested the Bexar County District Clerk to include a copy of "Bexar Appraisal District's Notice of Filing of Deposition and all attachments" in a supplemental clerk's record. On July 19, 2022, appellant filed an opposition to appellees' request asking this court to decline to consider the supplemental clerk's record. After consideration, appellant's opposition is **carried with the appeal**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court